# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

UNITED STATES OF AMERICA :

vs. : CRIMINAL NO.: 19-00193-KD

JOSUE MORALES-GUEVARA :

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 293) and without any objection having been filed by the parties, Defendant's plea of guilty to Count One of the Indictment is now accepted and Defendant is adjudged guilty of such offense.

The sentencing hearing has been scheduled for **April 17, 2020 at 10:00 a.m**. in Courtroom 4B of the United States Courthouse, 155 St. Joseph St., Mobile Alabama, 36602.

**DONE and ORDERED** this the 8th day of November 2019.

                                            s/ Kristi K. DuBose
                                            KRISTI K. DUBOSE
                                            CHIEF UNITED STATES DISTRICT JUDGE